## JAMES NEWBOLD'S LESSEE v. WILLIAM STOCKLEY.

Supreme Court. November 8, 1793.

*Wilson's Red Book, 5.†*

Motion by defendant for a new struck jury, which plaintiff's attorney insisted should be at defendant's own expense of strik-

---

* This case is also reported in *Read's Notebook, 1.*

† This case is also reported in *Read's Notebook, 2.*

ing which he said had been done in the case of *Conwell v. Conwell;* which not appearing from the records, and Mr. Bassett [the clerk], asserting the practice to be contrary, the Court directed the costs to abide the event of the suit.